# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.W., by and through his mother AMY WRIGHT, <br><br> Plaintiffs, <br><br> v. <br><br> TEHACHAPI UNIFIED SCHOOL DISTRICT, <br><br> Defendants. | Case No.: 1:17-cv-0854 - DAD - JLT <br><br> ORDER DIRECTING PLAINTIFF TO COMPLETE THE SERVICE DOCUMENTS AND CONTINUING THE SCHEDULING CONFERENCE TO JANUARY 8, 2018 |

Previously, the Court granted Plaintiff's motion to proceed *in forma pauperis* in this action, and issued new civil case documents, including the Order regarding Consent, the Consent Form, and USM-285 Form for service. (Doc. 5 at 3) The Summons was issued on August 2, 2017, as were the new civil case documents. (Docs. 6-7) Plaintiff was given directions on how to complete the USM-285 form with the case packet. (Doc. 7-4 at 1) To date, Plaintiff has failed to do so, and service has not been effected.

Notably, in the Court's "Order Setting Mandatory Scheduling Conference," Plaintiff was also informed:

> The Court is unable to conduct a scheduling conference until defendants have been served with the summons and complaint. Accordingly, **plaintiff(s) shall diligently pursue service of summons and complaint and dismiss those defendants against whom plaintiff(s) will not pursue claims**.

1

(Doc. 7 at 1-2, emphasis added)  Plaintiff is now reminded of the obligation to diligently pursue service of the summons and complaint. Accordingly, the Court **ORDERS:**

1. Plaintiffs **SHALL** complete and file the USM-285 Form (Doc. 7-4) no later than **October 20, 2017**; and
2. The Scheduling Conference currently set for October 31, 2017 is **CONTINUED** to **January 8, 2018 at 8:45 a.m**.

IT IS SO ORDERED.

Dated: __October 6, 2017__     __/s/ Jennifer L. Thurston__
UNITED STATES MAGISTRATE JUDGE