UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.W., by and through his parent and guardian ad litem Amy Wright,<br><br>Plaintiff,<br><br>v.<br><br>TEHACHAPI UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | No. 1:17-cv-00854-DAD-JLT<br><br>ORDER GRANTING STIPULATION<br><br>(Doc. No. 23) |

On March 20, 2018, the magistrate judge assigned to this case issued an amended scheduling order, setting dates for the filing of briefs and for a hearing on this matter. (Doc. No. 17.) On May 9, 2018, the parties filed a stipulation seeking a one week extension of the scheduled dates, due to an illness suffered by plaintiff's counsel. (Doc. No. 23.) Given the stipulation of the parties, and good cause appearing, the court orders that the plaintiff's opening brief is due by **May 18, 2018**; defendant's response brief is due by **June 22, 2018**; plaintiff's reply brief is due by **July 13, 2018**; and the hearing on this matter will be held before **August 28, 2018**.

IT IS SO ORDERED.

Dated: __**May 11, 2018**__  _____
UNITED STATES DISTRICT JUDGE

1