1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   A.W., a minor, by and through his parent          No.  1:17-cv-00854-DAD-JLT
     and guardian ad litem AMY WRIGHT,
12
                        Plaintiff,
13                                                      ORDER GRANTING STIPULATION TO
          v.                                            MODIFY BRIEFING SCHEDULE
14
     TEHACHAPI UNIFIED SCHOOL                           (Doc. No. 27)
15   DISTRICT,

16                      Defendant.

17

18          On June 13, 2018, the parties filed a joint stipulation to modify the current briefing

19   schedule.  (Doc. No. 27.)  Good cause appearing and the parties having so stipulated, the court

20   orders that defendant's response brief is now due by **July 13, 2018**; plaintiff's reply brief is now

21   due by **July 27, 2018**; and the hearing on this matter is continued to **September 5, 2018**.

22   IT IS SO ORDERED.

23      Dated:   **June 13, 2018**

24                                                      UNITED STATES DISTRICT JUDGE

25

26

27

28

                                                1