# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.W. (A minor, by and through his parent and guardian ad litem, AMY WRIGHT) <br><br> Plaintiff, <br><br> v. <br><br> TEHACHAPI UNIFIED SCHOOL DISTRICT, et al., <br><br> Defendants. | Case No.: 1:17-cv-00854 DAD JLT <br><br> ORDER AFTER SETTLEMENT CONFERENCE; ORDER SETTING FURTHER SETTLEMENT CONFERENCE |

The Court held a settlement conference in this case on June 21, 2018. Despite that it appeared before the conference that the case was not in a settlement posture, it became apparent at the conference that the parties *may* be able to come to terms of agreement. The parties agreed in principle that if settlement can be achieved, it would include: 1.) provision of ABA services with BCBA supervision until the entirety of the IEP team, including the parents, agrees to terminate or, if the parents do not agree, that the District will seek a due process hearing; 2.) the plaintiff's attorney's fees and costs in an amount lower than the amount last offered; 3.) that the Court would retain jurisdiction to enforce the settlement agreement; and 4.) that the settlement is of this case only. It appeared to the Court also, that settlement is less likely in the absence the Court's assistance. Thus, the Court **ORDERS**:

///

1

1. The Court sets a further telephonic[1] settlement conference on July 2, 2018 at 2:00 p.m.;[2]

2. In advance of the further settlement conference, counsel **SHALL** consider the following:

    a. Whether they wish to commit to the ABA/BCBA services for a specific period of time and whether they will commit to a specific attendance requirement for the student;

    b. The attorney's fees and costs incurred by the plaintiff to date.

IT IS SO ORDERED.

Dated: **June 22, 2018**             **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

---

[1] Either attorney or the parties may choose to appear in person provided they alert the Court of the intent to do so.

[2] If this date is not convenient, counsel may select a different date—even an earlier date--provided the Court is available.